```
 1  Adam Blair Corren, SBN: 183067
    Spencer D. Sinclair, SBN: 294340
 2  LAW OFFICES OF CORREN & CORREN
    5345 N. El Dorado, Suite 7
 3  Stockton, CA 95207
    Telephone: (209) 478-2621
 4  Facsimile: (209) 478-3038
    acorren@correnlaw.com
 5  ssinclair@correnlaw.com
 6
 7  Attorneys for Plaintiffs
 8
```

FILED
2018 JAN -2 AM 8:39
ROSA JUNQUEIRO, CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST EXPEDITED INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. STK-CV-UOE-2017-13832<br><br>DECLARATION OF ATTORNEY ADAM BLAIR CORREN IN SUPPORT OF PEREMPTORY CHALLENGE pursuant to C.C.P. 170.6 |

ADAM BLAIR CORREN, attorney for Plaintiff, hereby moves the Court for an order permitting a peremptory challenge for the removal of the judge before whom the above-captioned matter is pending or has been assigned.

This Declaration of Adam Blair Corren provided herewith is made pursuant to C.C.P. §170.6.

DATED: 12-28-17

LAW OFFICES OF CORREN & CORREN

ADAM BLAIR CORREN
Attorney for Plaintiff,
Christopher Dueker

Law Offices of Corren & Corren
5345 N. El Dorado, Suite 7
Stockton, CA 95207
(209)478-2621

-1-
Declaration In Support Of Peremptory Challenge

Exhibit E
Page 1 of 2

## DECLARATION

1. I, Adam Blair Corren, am an attorney duly licensed to practice in the State of California and represent the Plaintiff in the above-captioned matter.

2. That <u>Judge Carter P. Holly</u>, the judge before whom the trial of the aforesaid action is pending or has been assigned, is prejudiced against the Plaintiff and/or this attorney or the interests of the Plaintiff and/or this attorney so that declarer believes that a fair and impartial trial or hearing cannot be received before said judge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 12-28-17

LAW OFFICES OF CORREN & CORREN

_____
ADAM BLAIR CORREN
Attorney for Plaintiff,
Christopher Dueker

Law Offices of Corren & Corren
5345 N. El Dorado, Suite 7
Stockton, CA 95207
(209)478-2621

−2−
Declaration In Support Of Peremptory Challenge

Exhibit E
Page 2 of 2