| | | FOR COURT USE ONLY |
|---|---|---|
| NAME OF COURT: | SAN JOAQUIN COUNTY SUPERIOR COURT | FILED |
| STREET ADDRESS: | 222 E. WEBER AVE. ROOM 303 | |
| MAILING ADDRESS: | P.O. BOX 201022 | 2018 JAN -4 PM 1: 44 |
| CITY, STATE, AND ZIP CODE: | STOCKTON, CALIFORNIA 95201-9022 | |
| PHONE NUMBER: | (209) 992-5693 | ROSA JUNQUEIRO, CLERK |
| PLAINTIFF: | Christopher Dueker, on behalf of himself and all Persons similarly situated | BY: |
| DEFENDANT: | CRST Expedited Inc. | |

| | Case Number: |
|---|---|
| **Disqualification of Judge under Affidavit or Declaration of Prejudice** | STK-DV-UOE-2017-13832 |

The Peremptory Challenge under CCP 170.6 filed by Christopher Dueker on behalf of himself and all persons similarly situated as to Judge Carter P. Holly on January 2, 2018 is:

☑ **TIMELY/GRANTED**

☐ **DENIED**

Date: January 4, 2018

Judge of the Superior Court

CARTER P. HOLLY

Exhibit F
Page 1 of 1

*Civil/Judicial Disqualification*  4/5/16 ajk