| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**<br>180 E Weber Avenue<br>180 E Weber Avenue<br>Stockton , CA  95202 | FOR COURT USE ONLY |
| Christopher Dueker, on behalf of himself and all persons similarly situated  vs CRST Expedited Inc. | |
| NOTICE REASSIGNMENT OF JUDICIAL OFFICER<br>AND CHANGE OF HEARING LOCATION | CASE NUMBER:<br>STK-CV-UOE-2017-0013832 |

To: Plaintiff(s) or Cross-Complainant(s), and all attorneys for Plaintiff(s) or Cross-Complainant(s); and, to Defendant(s) or Cross-Defendant(s), and all attorneys for Defendant(s) or Cross-Defendant(s) who have appeared:

NOTICE IS HEREBY GIVEN that your case has been reassigned, for all purposes, to the Judicial Officer indicated below. All pending court dates currently scheduled in this case will remain as set in the department listed below.  A copy of this notice must be provided to any new parties that you bring into this action.

    **Effective Date:** January 4, 2018
    **Assigned to:** Judge Elizabeth Humphreys
    **Department:** 10C

                                                                Rosa Junqueiro, Clerk of the Court

Date: 01/04/2018                                        By: <u>Lorna Guerrero</u>, Deputy

**CLERK'S CERTIFICATE OF MAILING**

I certify that I am not a party to this cause. I certify that a true copy was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at Stockton, California, on 01/04/2018.

                                                               By: <u>Lorna Guerrero</u>, Deputy Clerk

Adam Blair Corren
5345 N El Dorado #7
Stockton CA 95207

                                                                   Exhibit G

Christopher Dueker, on behalf of himself and all persons similarly situated vs.
CRST Expedited Inc.

STK-CV-UOE-2017-0013832

Case 2:18-cv-00381-JAM-CKD   Document 1-7   Filed 02/16/18   Page 2 of 2

Exhibit G

Page 2 of 2

**NOTICE OF REASSIGNMENT OF JUDICIAL OFFICER**