| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**<br>STREET ADDRESS: 180 E Weber Avenue<br>MAILING ADDRESS: 180 E Weber Avenue<br>CITY AND ZIP CODE: Stockton, CA 95202<br>BRANCH NAME: Superior Court San Joaquin | *FOR COURT USE ONLY* |
| **Christopher Dueker, on behalf of himself and all persons similarly situated vs CRST Expedited Inc.** | |
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | **CASE NUMBER:**<br>STK-CV-UOE-2017-0013832 |

I certify that I am not a party to this cause. I certify that a true copy of Peremptory Challenge was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at Stockton, California, on 01/04/2018.


By: <u>Lorna Guerrero</u>, Deputy Clerk

.


Adam Blair Corren
5345 N El Dorado #7
Stockton CA 95207