Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
Megan E. Ross (SBN 227776)
mross@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, California 91101
Tel: 626-795-4700
Fax: 626-795-4790

Attorneys for Defendant,
CRST EXPEDITED, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No.:<br><br>**DECLARATION OF ANGELA STASTNY** |

I, Angela Stastny, being first duly sworn upon my oath, state the following:

1. I am the Director of Human Resources at CRST Expedited, Inc. ("CRST"), and submit this declaration in support of CRST's Notice of Removal. The following facts are based upon my personal knowledge, and if called upon to do so, I would be competent to testify to the same.

2. CRST is a for-hire motor carrier authorized by the Federal Motor Safety Administration to provide trucking services to the shipping public nationwide. As one of the nation's leading long-haul truckload carriers, CRST provides for-hire transportation services throughout the United States (and Canada and Mexico as well).

3. CRST's base of operations and corporate headquarters, where most of their executive and company-wide administrative functions are performed, are located in Cedar Rapids, Iowa, which is the site of CRST's principal full-service terminal.

4. In providing its for-hire transportation services, CRST uses tractors and van trailers to haul shippers' goods and products coast-to-coast. CRST employs drivers who provide driving and related services for CRST.

5. CRST's records indicate it employed 3,994 individuals with California addresses as truck drivers between December 27, 2013, and January 10, 2018.

6. CRST's records indicate it employed 1,008 individuals with California addresses as truck drivers between December 27, 2016, and January 10, 2018.

7. Of those 1,008 individuals, 82 worked more than 40 weeks, and 926 were employed 40 weeks or less.

8. The 926 individuals who were employed 40 weeks or less worked a total of 10,677 weeks.

9. CRST's records indicate that 2,341 individuals terminated their employment as truck drivers with CRST between December 27, 2014, and January 10, 2018.

I declare under the penalties for perjury under the laws of the United States of America that the foregoing is true and accurate.

Dated: 2-16-18

*(signature)*
Angela Stastny

4850-2724-0538, v. 9