Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
Megan E. Ross (SBN 227776)
mross@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, California 91101
Tel: (626) 795-4700
Fax: (626) 795-4790

Attorneys for Defendant,
CRST EXPEDITED, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN JOAQUIN

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: STK-CV-UOE-2017-0013832<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>Complaint Filed: December 27, 2017<br>Hon. Elizabeth Humphreys<br>Dept. 10C<br>Trial Date: Not Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Under the provisions of 28 U.S.C. § 1446, there is attached for filing a copy of the Notice of Removal of the above-entitled action to the United States District Court, Eastern District of California. Section 1446 provides that the filing of a copy of the Notice will effect the removal of the action and that the above-entitled Court will proceed no further unless and until the case is remanded.

Dated: February 16, 2018

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP


By: _____
Christopher C. McNatt, Jr.
Attorney for Defendant,
CRST EXPEDITED, INC.

4837-4117-1290, v. 6