Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
Megan E. Ross (SBN 227776)
mross@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
Tel: (626) 795-4700
Fax: (626) 795-4790

Charles Andrewscavage (Admitted *Pro Hac Vice*)
candrewscavage@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 600
Chicago, IL 60603
Tel: (312) 255-7200
Fax: (312) 422-1224

James H. Hanson (Admitted *Pro Hac Vice*)
jhanson@scopelitis.com
R. Jay Taylor, Jr. (Admitted Pro Hac Vice)
jtaylor@scopelitis.com
Adam J. Eakman (Admitted *Pro Hac Vice*)
aeakman@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Tel: (317) 637-1777
Fax: (317) 687-2414

Attorneys for Defendant, CRST EXPEDITED, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00381-JAM-CKD<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing:       June 26, 2018<br>Time:           1:30 p.m.<br>Judge:          Hon. John A. Mendez<br>Courtroom:  6<br><br>Action Filed:  December 27, 2017<br>Removed:       February 16, 2018<br>Trial Date:       Not Set |

PLEASE TAKE NOTICE that on Tuesday, June 26, 2018, at 1:30 p.m., in Courtroom 6, 14th Floor, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814, of the Honorable John A. Mendez, or as soon thereafter as may be heard, Defendant, CRST Expedited, Inc. ("CRST"), will request the Court for judgment on the pleadings for the following reasons, which are explained in greater detail in Defendant's accompanying Memorandum of Points and Authorities.

WHEREFORE, Defendant respectfully requests the Court grant the Motion for Judgment on the Pleadings.

Dated: May 4, 2018

Respectfully submitted,

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

/s/*James H. Hanson*
James H. Hanson

Attorney for Defendant,
CRST EXPEDITED, INC.

4845-5299-1586, v. 1