# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CRST EXPEDITED, INC., and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00381-JAM-CKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

　　This matter is before the Court on the Motion for Judgment on the Pleadings filed by Defendant, CRST Expedited, Inc., regarding the Complaint filed by Plaintiff, Christopher Dueker. The Court, having reviewed the Motion, now finds that the Motion should be granted.

　　IT IS THEREFORE ORDERED that Defendant's motion for judgment on the pleadings is granted and the entirety of Plaintiff's complaint is dismissed.

Dated: _____, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court

4810-9793-3922, v. 1