Adam Blair Corren, SBN: 183067
Spencer D. Sinclair, SBN: 294340
LAW OFFICES OF CORREN & CORREN
5345 N. El Dorado, Suite 7
Stockton, CA 95207
Telephone: (209) 478-2621
Facsimile: (209) 478-3038
acorren@correnlaw.com
ssinclair@correnlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CRST EXPEDITED INC., and DOES 1 through 50, inclusive,**<br><br>Defendants. | **Case No.: 2:18-cv-00381-JAM-CKD**<br><br>**STIPULATION AND ORDER RE FILING OF FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 15(a)(2)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their respective attorneys of record as follows:

     1.     The parties agree to allow Plaintiffs to file and serve a First Amended Complaint which will be amended to add additional allegations to address alleged defects in the Complaint pursuant to Defendant's Motion for Judgment on the Pleadings.

     2.     Plaintiffs shall file a First Amended Complaint within 30 days of the date this Order is entered.

3.      The parties agree to take off calendar Defendant's pending Motion for Judgment on the Pleadings scheduled for hearing on July 10, 2018.

4.      Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant shall have 30 days from service of the First Amended Complaint in which to answer or otherwise respond to the First Amended Complaint.

5.      The parties agree this stipulation can be executed in one or more parts and by facsimile or electronic copies, each of which shall be deemed an original.


DATED:                                                      LAW OFFICES OF CORREN & CORREN


                                                            */s/ Spencer D. Sinclair*
                                                            SPENCER D. SINCLAIR
                                                            Attorney for Plaintiffs


DATED:                                                      SCOPELITIS, GARVIN, LIGHT,
                                                            HANSON & FEARY, P.C.


                                                            */s/ Charles Andrewscavage*
                                                            CHARLES ANDREWSCAVAGE
                                                            (admitted *pro hac vice*)
                                                            Attorney for Defendant


## **ORDER**

Pursuant to the stipulation of the parties:

Good cause appearing therefore IT IS ORDERED that: 1) Plaintiffs are permitted to file and serve a First Amended Complaint within 30 days, and 2) Defendant Motion for Judgment on the Pleadings scheduled for hearing on July 10, 2018 is hereby taken off calendar.


DATED: 5/31/2018

                                                            /s/ John A. Mendez
                                                            JOHN A. MENDEZ
                                                            UNITED STATES DISTRICT COURT JUDGE