United States District Court
Eastern District of California

1  Adam Blair Corren, SBN: 183067
2  Spencer D. Sinclair, SBN: 294340
   LAW OFFICES OF CORREN & CORREN
3  5345 North El Dorado, Suite 7
   Stockton, CA 95207
4  Tel: (209) 478-2621
   Fax: (209) 478-3038
5  acorren@correnlaw.com
   ssinclair@correnlaw.com

6  Attorneys for Plaintiff, Christopher Dueker

7
8  Christopher C. McNatt, Jr. (SBN 174559)
   cmcnatt@scopelitis.com
9  Megan E. Ross (SBN 227776)
   mross@scopelitis.com
10 SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
   2 North Lake Avenue, Suite 560
11 Pasadena, CA 91101
   Tel: (626) 795-4700
12 Fax: (626) 795-4790

13 Charles Andrewscavage (Admitted *Pro Hac Vice*)
   candrewscavage@scopelitis.com
14 SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
   30 West Monroe Street, Suite 600
15 Chicago, IL 60603
   Tel: (312) 255-7200
16 Fax: (312) 422-1224

17 Attorneys for Defendant, CRST EXPEDITED, INC.

18              ADDITIONAL COUNSEL LISTED ON NEXT PAGE

19                    UNITED STATES DISTRICT COURT
20                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRST EXPEDITED, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00381-JAM-CKD<br><br>**JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>Action Filed:  December 27, 2017<br>Removed:       February 16, 2018<br>Trial Date:    Not Set |

Case No. 2:18-cv-00381-JAM-CKD
Joint Stipulation to Transfer Case to the United States
District Court for the Central District of California

James H. Hanson (Admitted *Pro Hac Vice*)
jhanson@scopelitis.com
R. Jay Taylor, Jr. (Admitted *Pro Hac* Vice)
jtaylor@scopelitis.com
Adam J. Eakman (Admitted *Pro Hac Vice*)
aeakman@scopelitis.com
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Tel: (317) 637-1777
Fax: (317) 687-2414

Attorneys for Defendant, CRST EXPEDITED, INC.

Case No. 2:18-cv-00381-JAM-CKD
Joint Stipulation to Transfer Case to the United States
District Court for the Central District of California

Plaintiff, Christopher Dueker, and Defendant, CRST Expedited, Inc. ("CRST"), submit this Joint Stipulation to Transfer Case to the United States District Court for the Central District of California.

1. On December 27, 2017, Plaintiff filed his Complaint in the Superior Court of the State of California, San Joaquin County. ECF No. 1-1.

2. On February 16, 2018, CRST removed this case to the United States District Court for the Eastern District of California.

3. Unbeknownst to Plaintiff's counsel when this suit was filed, Plaintiff signed an employment agreement at the beginning of his employment with CRST that contained a forum-selection clause. The forum-selection clause states "CRST and Employee hereby agree that . . . any claim, litigation, or dispute arising from or related to this Contract shall be litigated in the appropriate federal or state court located in San Bernardino, California." A copy of that agreement is attached as *Exhibit A*.

4. In light of the language of the forum-selection clause and in order to preserve the resources of this Court and of the Parties, the Parties have agreed to request that this Court transfer this case to the Central District of California without submitting briefing on the applicability of the forum-selection clause.

5. As a result, the Parties respectfully request that the Court transfer the case to the Central District of California pursuant to 28 U.S.C. § 1404(a).

1
Case No. 2:18-cv-00381-JAM-CKD
Joint Stipulation to Transfer Case to the United States
District Court for the Central District of California

1  Dated: October 9, 2018                **LAW OFFICES OF CORREN & CORREN**

                                         By:   */s/ Spencer D. Sinclair*
                                               Spencer D. Sinclair
                                               Attorney for Plaintiff

Dated: October 9, 2018                   **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**

                                         By:   */s/ Charles Andrewscavage*
                                               Charles Andrewscavage
                                               Attorney for Defendant

2
Case No. 2:18-cv-00381-JAM-CKD
Joint Stipulation to Transfer Case to the United States
District Court for the Central District of California

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Spencer D. Sinclair, counsel for Plaintiff, and that I have obtained the authorization from Spencer D. Sinclair to affix his electronic signature to this document.

Dated: October 9, 2018                    */s/ Charles Andrewscavage*
                                          Charles Andrewscavage

4814-6252-2230, v. 7

3
Case No. 2:18-cv-00381-JAM-CKD
Joint Stipulation to Transfer Case to the United States
District Court for the Central District of California