UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRISTOPHER DUEKER, on behalf of himself and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRST EXPEDITED, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00381-JAM-CKD<br><br>**[PROPOSED] ORDER** |
|---|---|

This matter is before the Court on the parties' Joint Stipulation to Transfer Case to the United States District Court for the Central District of California.

Pursuant to the parties' Joint Stipulation and good cause appearing therefore, IT IS ORDERED that this case is transferred to the United States District Court for the Central District of California.

Dated: _____, 2018

_____
Honorable John A. Mendez
Judge, United States District Court

4821-0818-4434, v. 6